5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 18 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| RESPONDENT, | § | |
| V. | § | Civil Action No. B-99-205 |
| | § | |
| ADRIAN RANGEL-SILVA, | § | Criminal No. B-97-502 |
| PETITIONER. | § | |

## ORDER

The United States' motion for a 14-day extension of time to file its response to Rangel-Silva's petition under 28 U.S.C. § 2255 until March 10, 2000, is hereby GRANTED.

Done at Brownsville Texas this 17th day of Feb 2000.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE